STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, CROSS-
PETITIONER, v. DAVID SILVERSTEIN, DEFENDANT-
PETITIONER, CROSS-RESPONDENT.

See same case below: 76 *N. J. Super.* 536.

*Mr. Arthur J. Sills, Mr. John J. Bergin* and *Mr. Steven S. Radin* for the petitioner, cross-respondent.

*Messrs. Pellettieri & Rabstein* for the respondent, cross-petitioner.

January 28, 1963.   Granted.

NORTH LAWRENCE CITIZENS ASSOCIATION, INC., PLAIN-
TIFF, WILLIAM H. MEAGHER, PLAINTIFF-PETITIONER,
v. TOWNSHIP COMMITTEE OF LAWRENCE TOWNSHIP,
*ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Arthur R. Wenczel* for the petitioner.

*Mr. Harry Heher, Jr., Mr. Sam Weiss* and *Messrs. Taub & Taub* for the respondents.

January 28, 1963.   Denied.